1  David P. Myers (SBN 206137)
   Ann Hendrix (SBN 258285)
2  John M. Tomberlin (SBN 310345)
   **THE MYERS LAW GROUP**
3  9327 Fairway View Place, Suite 100
   Rancho Cucamonga, CA 91730
4  Telephone: (909) 919-2027
   Facsimile: (888) 375-2102
5
6  Attorneys for NICOLE JARCZEWSKI

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

| NICOLE JARCZEWSKI | **Case No. 5:19−cv−00409−JGB−SP** |
|---|---|
| Plaintiff, | ASSIGNED TO HONORABLE JUDGE JESUS G. BERNAL |
| vs. | |
| UNITED PARCEL SERVICE, INC., an Ohio corporation, and DOES 1 through 10, inclusive | **[PROPOSED] ORDER TO CONTINUE TRIAL AND ALL RELATED DATES** |
| Defendants. | Final pretrial conference: Aug. 31, 2020<br>Trial date:                Sept. 15, 2020<br>Complaint filed:          Jan. 18, 2019 |

ORDER

The Court, having reviewed the Joint Request to Continue the September 15, 2020, trial date and all related dates, including the discovery cut-off date, and GOOD CAUSE APPEARING THEREFOR, HEREBY ORDERS that the Joint Request is granted and that:

1) The September 15, 2020, trial date is hereby continued until _____ at _____ a.m./p.m.

2) The August 31, 2020 Final Pre-trial Conference hearing date is hereby continued until _____ at _____ a.m./p.m.

3) All other related dates be continued accordingly.

IT IS SO ORDERED.

Dated: _____

HON. JESUS G. BERNAL.
U.S. DISTRICT COURT JUDGE

## PROOF OF SERVICE

*Nicole Jarczewski v. United Parcel Service, Inc., et al.*

*United States District Court Case No: 5:19-cv-00409-JGB-SP*

I am employed in the San Bernardino County, California.  I am over the age of 18, and not a party to the within action.  My business address is 9327 Fairway View Place, Suite 100, Rancho Cucamonga, California 91730.

On March 13, 2020, I served the within document(s) described as: **[PROPOSED] ORDER TO CONTINUE TRIAL DATE** on the interested parties by placing  ☒ the original [or]  ☒ a true copy thereof ☐ to interested parties as follows [or]  ☒ as stated on the below service list:

D. CHAD ANDERTON
JAMES P. VAN
LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA  92614
Telephone:  949.705.3000

as follows:

☐ BY MAIL (FRCP 5(b)(1)(C)): I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses above and (specify one):

☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing and deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ BY OVERNIGHT DELIVERY (FRCP 5(b)(1)(F)): I am readily familiar with the firm's practice of collection and processing items for delivery with Overnight Delivery. Under that practice such envelope(s) is deposited at a facility regularly maintained by Overnight Delivery or delivered to an authorized courier or driver authorized by Overnight Delivery to receive such envelope(s), on the same day this declaration was executed, with delivery fees fully provided for at 2050 Main Street, Suite 900, Irvine, California 92614, in the ordinary course of business.

☐ BY PERSONAL SERVICE (FRCP 5(b)(1)(B)(i)): I caused said documents to be served by having a professional messenger service, _____, personally deliver them to the person(s) at the address(es) noted above. (A confirmation document of the professional messenger service will be retained in our office.)

☐ BY ELECTRONIC MAIL WHERE INDICATED: Pursuant to FRCP 5(b)(2)(E), I served the foregoing document(s) described by emailing to it each of the aforementioned electronic mail addresses and the transmission was reported as complete and without error. My email address is ymedina@myerslawgroup.com

☐ BY NOTICE OF ELECTRONIC FILING, which is a notice automatically generated by the CM/EF system at the time the document(s) listed above was filed with this Court, to lead counsel listed by CM/ECF as "ATTORNEY TO BE NOTICED."

I hereby certify that I am employed in the Office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 13, 2020, at Rancho Cucamonga, California

/s/ Yvonne Medina
Yvonne Medina

[PROPOSED] ORDER TO CONTINUE TRIAL AND ALL RELATED DATES
- 4 -