1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA

| NICOLE JARCZEWSKI | **Case No. 5:19−cv−00409−JGB−SP** |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE TRIAL AND ALL RELATED DATES** |
| UNITED PARCEL SERVICE, INC., AN OHIO CORPORATION, AND DOES 1 THROUGH 10, INCLUSIVE | |
| Defendants. | **New Trial Date: 9/14/2020 @ 9:00 am** <br> **New Pretrial Conf.: 8/16/21 @ 11:00 am** |

## ORDER

The Court, having reviewed the Joint Request to Continue the March 9, 2021, trial date and all related dates and GOOD CAUSE APPEARING THEREFOR, HEREBY ORDERS the Joint Request is granted and that:

1) The March 9, 2021 trial date is continued to September 14, 2021, at

2) The final pretrial hearing conference ("FPTC") is continued to August 16, 2021. The following dates are calculated with based on the new FPTC with the dates in parenthesis illustrative based on the Parties proposal of August 16, 2021.

3) Non-expert discovery cutoff is to set fourteen weeks before the FPTC (May 10, 2021).

4) Motion Cutoff is set to thirteen weeks before the FPTC (May 17, 2021).

5) Initial expert disclosure is set to nine weeks before the FPTC (June 14, 2021)

6) Rebuttal expert disclosure is set to five weeks before the FPTC (July 12, 2021)

7) The Motion in Limine filing deadline is set to three weeks before the FPTC (July 26, 2021); and,

8) Any opposition to motions in limine has a filing deadline of two weeks before the FPTC (August 2, 2021).

IT IS SO ORDERED.

Dated: December 3, 2020

HON. JESUS G. BERNAL.
U.S. DISTRICT COURT JUDGE