1  David P. Myers (SBN 206137)
   dmyers@myerslawgroup.com
2  Alvin Ferrara (SBN 318812)
3  aferrara@myerslawgroup.com
4  **THE MYERS LAW GROUP, A.P.C.**
   9327 Fairway View Place, Suite 100
5  Rancho Cucamonga, CA 91730
6  Telephone: (909) 919-2027
   Facsimile: (888) 375-2102
7
8  Attorneys for Plaintiff NICOLE JARCZEWSKI
9

10              **UNITED STATES DISTRICT COURT**
11             **CENTRAL DISTRICT OF CALIFORNIA**
12

13  NICOLE JARCZEWSKI, an individual     Case No.  5:19-cv-00409-JGB-SP
14
15              Plaintiff,               *Hon. Jesus G. Bernal*
16      v.                               **JOINT REPORT REGARDING**
                                          **STATUS OF MEDIATION**
17  UNITED PARCEL SERVICE INC., an
18  Ohio Corporation; and DOES 1
19  THROUGH 10, inclusive,
                                          Final Pre-Trial Conference: 8/06/2021
20              Defendants.               Trial Date: 09/14/2021
21
22
23
24
25
26
27
28

- 1 -

JOINT REPORT RE: STATUS OF MEDIATION

1      Plaintiff Nicole Jarczewski and Defendant United Parcel Service, Inc. submit

2  this joint report regarding the status of the parties' mediation.

3      On January 11, 2021 the parties attended mediation with David Phillips Esq.

4  Unfortunately, the parties were unable to resolve the case after a full day of

5  mediation.

6

7

8  Dated: January 15, 2021          **THE MYERS LAW GROUP, A.P.C**

9                            By:  */s/ David P. Myers*

10                                David P. Myers

11                                Alvin Ferrara

12                                Attorneys for Plaintiff

                                  NICOLE JARCZEWSKI

13

14  Dated: January 15, 2021          **LITTLER MENDELSON, P.C.**

15

16                            By:  */s/ D. Chad Anderton*

17                                  D. Chad Anderton

                                  James Van

18                                  Attorneys for Defendant

19                                  UNITED PARCEL SERVICE, INC.5

20

21

22

23

24

25

26

27

28

- 2 -

JOINT REPORT RE: STATUS OF ARBITRATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: January 15, 2021                      THE MYERS LAW GROUP, A.P.C.

                                             By:  /s/ David P. Myers
                                                  David P. Myers
                                                  Attorneys for Plaintiff

JOINT REPORT RE: STATUS OF MEDIATION