JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE JARCZEWSKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Corporation and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No. 5:19-cv-00409-JGB-SP<br><br>**JUDGMENT AFTER TRIAL BY JURY**<br><br>Complaint Filed: January 18, 2019<br>Trial Date: October 24, 2023 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On January 18, 2019, Plaintiff Nicole Jarczewski filed the operative Complaint against Defendant United Parcel Service, Inc. in the Superior Court of California for the County of San Bernardino alleging the following causes of action:

1. Disability Discrimination;
2. Failure to Accommodate Disability;
3. Failure to Engage in the Interactive Process;
4. Retaliation;
5. Failure to Prevent Discrimination and Retaliation; and
6. Violation of Labor Code § 1198.5.

On March 6, 2019, Defendant United Parcel Service, Inc. filed a notice of removal of civil action to federal court on the basis of diversity jurisdiction. On March 7, 2019, the action was assigned to the Honorable Jesus G. Bernal as the District Judge and Sheri Pym as the Magistrate Judge.

On August 10, 2021, this Court granted summary judgment in favor of Defendant United Parcel Service, Inc. on the following causes of action: Failure to Engage in the Interactive Process; Retaliation; and Violation of Labor Code § 1198.5.

On October 24, 2023, in Courtroom 1 of the United States District Court, Central District of California, Eastern Division located at 3470 Twelfth Street, Riverside, California 92501 a jury trial commenced, the Hon. Jesus G. Bernal presiding. By the time of trial the only remaining causes of action from Plaintiff's operative Complaint were: Disability Discrimination; Failure to Accommodate Disability; and Failure to Prevent Discrimination.

Plaintiff Nicole Jarczewski was represented by David Myers and Robert Kitson of the Myers Law Group, A.P.C. Defendant United Parcel Service, Inc. was represented by D. Chad Anderton and Nolan McCready of Littler Mendelson P.C.

A jury of eight persons was properly empaneled and sworn on October 24, 2023. After Plaintiff Nicole Jarczewski rested her case, Defendant United Parcel Service, Inc. moved, pursuant to Federal Rule of Civil Procedure 50, for Judgment as a Matter of Law on each cause of action and the issue of punitive damages. This Court granted Defendant United Parcel Service, Inc.'s Judgment as a Matter of Law as to Plaintiff Nicole Jarczewski's plea for punitive damages.

After hearing all the evidence, this Court duly instructed the jury and the case was submitted to the jury. On November 3, 2023, the jury returned to this Court with a unanimous verdict in favor of Defendant United Parcel Service, Inc. on all remaining causes of action. The verdict stated as follows:

## JURY VERDICT

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our Verdict in this case:

### Form A

Question #1: Was United Parcel Service, Inc. an employer?

☒ Yes          ___ No

If your answer to Question #1 is yes, please proceed to Question #2. If you answered no, stop here, answer no further questions, have the presiding juror sign and date this form, and proceed to Form B.

Question #2: Was Nicole Jarczewski an employee of United Parcel Service, Inc.?

☒ Yes          ___ No

If your answer to Question #2 is yes, please proceed to Question #3. If you answered no, stop here, answer no further questions, have the presiding juror sign and date this form, and proceed to Form B.

Question #3: Did United Parcel Service, Inc. know that Nicole Jarczewski had a physical disability that limited a major life activity, such as working, or made such activity difficult?

☒ Yes          ___ No

If your answer to Question #3 is yes, please proceed to Question #4. If you answered no, stop here, answer no further questions, have the presiding juror sign and date this form, and proceed to Form B.

Question #4: Was Nicole Jarczewski able to perform the essential job duties of a vacant alternative position, either with or without reasonable accommodation for her physical disability?

___ Yes          ☒ No

If your answer to Question #4 is yes, please proceed to Question #5. If you answered no, stop here, answer no further questions, have the presiding juror sign and date this form, and proceed to Form B.

Please sign and date the verdict form. Please then proceed to Form B.

| 11-03-23 | /s/ Juror No. 1 |
|---|---|
| Date | Jury Foreperson |

**FORM B**

Question #1: Was United Parcel Service, Inc. an employer?

    ☒Yes      ___ No

If your answer to Question #1 is yes, please proceed to Question #2. If you answered no, stop here, answer no further questions, have the presiding juror sign and date this form, and proceed to Form C.

Question #2: Was Nicole Jarczewski an employee of United Parcel Service, Inc.?

    ☒ Yes      ___ No

If your answer to Question #2 is yes, please proceed to Question #3. If you answered no, stop here, answer no further questions, have the presiding juror sign and date this form, and proceed to Form C.

Question #3: Did Nicole Jarczewski have a physical condition that limited a major life activity?

    ☒Yes      ___ No

If your answer to Question #3 is yes, please proceed to Question #4. If you answered no, stop here, answer no further questions, have the presiding juror sign and date this form, and proceed to Form C.

Question #4: Did United Parcel Service, Inc. know of Nicole Jarczewski's physical condition that limited a major life activity?

☒ Yes        ___ No

If your answer to Question #4 is yes, please proceed to Question #5. If you answered no, stop here, answer no further questions, have the presiding juror sign and date this form, and proceed to Form C.

Question #5: Was Nicole Jarczewski able to perform the essential job duties of a vacant position with reasonable accommodation for her physical condition?

___ Yes        ☒ No

If your answer to Question #5 is yes, please proceed to Question #6. If you answered no, stop here, answer no further questions, have the presiding juror sign and date this form, and proceed to Form C.

Please sign and date the verdict form. Please then proceed to Form C.

| 11-03-23 | /s/ Juror No. 1 |
|---|---|
| Date | Jury Foreperson |

## FORM C

Question #1: Did you answer Yes to Question 8, Form A above?

___ Yes        ☒ No

If your answer to Question #1 is yes, please proceed to Question #2. If you answered no, stop here, answer no further questions, have the presiding juror sign and date this form, and proceed to Form D.

Please sign and date the verdict form. Please then proceed to Form D.

Dated: <u>11-03-23</u>                                  Signed: <u>/s/ Juror No. 1</u>

                                                                                                           Jury Foreperson

## **FORM D**

If you answered "Yes" to Question #8 on Form A, and/or Question #7 on Form B, and/or Question #3 on Form C, then please proceed to answer the following. If not, please sign and date this form and notify the clerk that you are ready to present your verdict in the courtroom.

Please sign and date the verdict form. Please then proceed to Form E.

<u>11-03-23</u>                                                  <u>/s/ Juror No. 1</u>

Date                                                            Jury Foreperson

## **FORM E**

If you answered "Yes" to Question #8 on Form A, and/or Question #7 on Form B, and/or Question #3 on Form C, AND you answered "No" to any of the Questions #1 through #3 in Form D, then please proceed to answer the following.

Please sign and date the verdict form. After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.

<u>11-03-23</u>                                                  <u>/s/ Juror No. 1</u>

Date                                                            Jury Foreperson

Therefore, it is ordered, adjudged, and decreed that judgment be, and hereby is, entered in favor of Defendant United Parcel Service, Inc. and against Plaintiff Nicole Jarczewski. Defendant United Parcel Service, Inc. is not liable for any causes of action in Plaintiff Nicole Jarczewski's operative Complaint. Plaintiff Nicole Jarczewski shall take nothing from her prayers for relief for damages, compensatory and general damages, past and future lost income and benefits, punitive damages, declaratory relief, injunctive relief, attorneys' fees, costs, and interest.

Defendant United Parcel Service, Inc., as the prevailing party, shall recover reasonable costs in accordance with Federal Rules of Civil Procedure Rule 54, United States District Court, Central District of California Local Rule 54, with interest calculated from the date of entry of judgment at the rate specified by 28 U.S.C. section 1961, and to the extent that entitlement to said costs is proven to this Court. Defendant United Parcel Service, Inc. shall also recover reasonable attorneys' fees in accordance with California Government Code section 12965, with interest calculated from the date of entry of judgment at the rate specified by 28 U.S.C. section 1961, and to the extent that entitlement to said attorneys' fees is proven to this Court. This judgment shall be amended to reflect such award of attorneys' fees and costs.

Dated:  November 30, 2023

Hon. Jesus G. Bernal
United States District Judge